UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Don Piche, Jr.,                   Case No. 17-cv-4399 (WMW/DTS)

    Plaintiff,

v.                                 **ORDER FOR DISMISSAL WITH PREJUDICE**

Chex Systems, Inc.,

    Defendant.

---

Based upon the Stipulation for Dismissal (Dkt. 47), and all the files, records, and proceedings herein,

**IT IS HEREBY ORDERED** that the above matter, including all claims, counterclaims, and causes of action that were made or that could have been made in this action, is dismissed with prejudice and with each party bearing its own costs and attorneys' fees in connection with such claims.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated:     September 19, 2018                 s/Wilhelmina M. Wright
                                                         Wilhelmina M. Wright
                                                         United States District Judge